RECEIVED
BY MAIL
MAY 1 2 2009
U. S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI

Stanley Babbitt )
)
_____ )
)
_____ )
(Enter above the full name of )
the Plaintiff[s] in this )
action. Include register or )
identification number[s].) )
)
- vs - )
) Case No. _____
St. Louis Metropolitan Police )
) Jury Trial Demanded
Det. William Poats, 2949, )
)
Officer Shell Sharp, 3183 )
)
Officer Sanford Willis, 5588 )
)
Det. Archie Shaw, 3982 )
(Enter above the full name of )
ALL Defendant[s] in this )
action. Fed. R. Civ. P. 10(a) )
requires that the caption of )
the complaint include the )
names of all the parties. )
Merely listing one party and )
"et al." is insufficient. )
Please attach additional sheets)
if necessary.) )

## COMPLAINT UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. §1983

I. PLACE OF PRESENT CONFINEMENT OF PLAINTIFF(S):

St. Louis City Justice Department

II. PREVIOUS CIVIL ACTIONS:

    A. Have you begun other civil actions in state or federal court dealing with the same facts involved in this action, or otherwise relating to your confinement?

        YES [ ]        NO [✓]

St Louis Police Board of Commissioner's,
Other Unknown Police Officer's - City Officials,
Defendant(s)

B. If your answer to "A" is YES, describe the action in the space below. (If there is more than one civil action, you must describe the additional lawsuit[s] on another piece of paper, using the same format as is outlined below.) Your failure to comply with this provision will result in summary denial of your complaint.

1. Parties to previous civil action(s):

   Plaintiff(s): _____

   _____

   Defendant(s): _____

   _____

2. Court wherein filed:

   _____

3. Docket number or Case number:

   _____

4. Name of Judge to whom case was assigned:

   _____

5. Basic claim made:

   _____

   _____

6. Present disposition (Was the case dismissed? Was it appealed? Is it still pending?):

   _____

7. Date filed: _____  8. Date of disposition: _____

III. GRIEVANCE PROCEDURES:

A. Is there a prisoner grievance procedure at the institution wherein you are incarcerated?

   YES [ ]          NO [✓]

2

B. Have you presented through this grievance system the facts which are at issue in this complaint?

YES [ ]   NO [✓]

C. If your answer to "B" is YES, indicate:

1. What steps did you take?

   _____

   _____

D. If your answer to "B" is NO, explain why you have not used the institutional grievance system:

   _____

   _____

E. If there is no prisoner grievance procedure at the institution wherein you are incarcerated, have you complained to prison authorities?

YES [✓]   NO [ ]

F. If your answer to "E" is YES, indicate:

1. What steps did you take?

   HAVE ATTEMPTED TO GET POLICE INTERNAL AFFAIRS TO INVESTIGATE ; and

2. What was the result?

   THEY HAVE NEVER EVEN ACKNOWLEDGE MY REQUEST(S).

   _____

   _____

3

IV. **PARTIES TO THIS CIVIL ACTION:**

In item A, below place your name in the first blank, place your present address in the second blank and place your identification number or register number in the third blank. Do the same for any additional plaintiff(s) under Item C, below:

A. Name of Plaintiff: Stanley Babbitt

   Plaintiff's address: 200 S. Tucker Blvd. STL, MO 63102

   Identification number: #27921

In item B, below, place the full name of the defendant in the first blank, his official position in the second, and his place of employment and address in the third blank. Use Item C for the names, the official positions, and the places of employment and addresses of any additional defendant(s).

B. Defendant St. Louis Metropolitan Police is employed as Police Department at 1200 Clark St. Louis, MO 63102.

C. Additional plaintiff(s) and address(es):

   N/A

   Additional defendant(s) and address(es):

   Poats, Sharp, Willis, Shaw, Police Board of Commissioners, And Unknown(s), can be served at St. Louis Metropolitan Police H.Q. located at 1200 Clark St. St. Louis MO 63103 to the best of Plaintiff's knowledge

4

V. **COUNSEL:**

   A. Do you have an attorney to represent you in the present civil action?

      YES [ ]        NO [✓]

   B. If your answer to "A" is NO, have you made any effort to contact a private attorney to represent you in this matter?

      YES [ ]        NO [✓]

   C. If your answer to "B" is YES, state the name(s) and the address(es) of the attorney(s) you have contacted and explain the results of those efforts:

      _____

      _____

      _____

   D. If your answer to "B" was NO, explain why you have not made such efforts:

      Do Not Have Funds To Retain Private Counsel

   E. Have you previously been represented by counsel in a civil action in this Court?

      YES [ ]        NO [✓]

   F. If your answer to "E" is YES, state that attorney's name and address:

      _____

      _____

VI. **STATEMENT OF CLAIM:**

State here, as briefly as is possible, that facts of your claim. Describe how each defendant is involved. Include also the names of other persons involved, and dates and places. Do not make any legal arguments; cite no cases or statutes. If you intend to raise two or more related claims, number and set forth each claim in a separate

5

paragraph. Avoid using more space than is provided. The Court strongly disapproves of the stating of claims outside the provided space. Unrelated claims must be made in a separate complaint.

VI. STATEMENT OF CLAIM (continued)

9/24/2006 @ 2:30 A.M. (approximate) Det. Poats shot plaintiff in the back alleging plaintiff had threatend his life. Det. Poats, Det. Shaw, Officer Sharp, Officer Willis then conspired with each other along with other's to cover up the shooting by Det. Poats when they knew Plaintiff had been shot in the back and could not have threatend the Detective. Police Board of Commissioner's and City Official's, along with the other defendant's have engaged in a ongoing and continuing policy, practice, and procedure, to violate the right's of other's, to properly train police and to take corrective actions to stop Constitutional Violations. Defendant's are being sued in both their official and individual capacity.

## VII. RELIEF:

State briefly and exactly what you want the Court to do for you. Make no legal arguments; cite no cases or statutes. (Note: If you are a state prisoner and seek from this Court relief which affects the length or duration of your imprisonment e.g., restoration of good time forfeited, expungement of records, parole release decisions, et cetera - your case must be filed on a §2254 form.)

1. Trial by Jury. 2. Find defendant's individually and collectively guilty of violating plaintiff's constitutional rights. 3. Award plaintiff actual and punitive damages. 4. Appoint Counsel to Assist plaintiff in this Action

## VIII. MONEY DAMAGES:

A.  Do you claim either actual or punitive monetary damages for the acts alleged in this complaint?

    YES [✓]         NO [ ]

B.  If your answer to "A" is YES, state below the amount claimed and the reason or reasons you believe you are entitled to recover such money damages:

    One million each defendant Actual and punitive for on-going pain and suffering, and violation of plaintiff's civil rights.

XI. Do you maintain that the wrongs alleged in the complaint are continuing to occur at the present time?

    YES [✓]         NO [ ]

I declare under penalty of perjury that the foregoing is true and correct. Signed this 24th day of April, 2009.

4/24/2009
Date

*Shanky Babbitt*
Signature of Plaintiff(s)

7